**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR330** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **MONTRELLIS L. CANNON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's letter requesting a hearing regarding the possibility of early termination of his supervised release (Filing No. 45). The Court has carefully reviewed the defendant's request filed as a motion and has consulted with the Probation Office. While the Court commends the Defendant for his progress, his request for a hearing on termination of his supervised release will be denied.

IT IS ORDERED that the Defendant's Motion for Hearing regarding Termination of Supervised Release (Filing No. 45) is denied.

DATED this 2nd day of September, 2015.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge